**JAMES H. DUNCAN, JR.** (SBN 142039)
100 N. Wiget Lane, Suite 150
Walnut Creek, CA 94598
Telephone: (925) 930-9550
Facsimile: (925) 930-9588
Email: James.Duncan@fnf.com
Attorneys for Plaintiffs,
MARK KESSLER and JENNIFER KESSLER

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARK KESSLER and JENNIFER KESSLER;<br><br>    Plaintiffs,<br><br>    v.<br><br>DEAN GORDON POTTER; UNITED STATES OF AMERICA; and all persons unknown, claiming any legal or equitable right, title, estate, lien or interest in the property described in the Complaint adverse to Plaintiff's title, or any cloud on Plaintiff's title thereto, named as DOES 1 through 25, inclusive,<br><br>    Defendants. / | **No.** C07-00821<br><br>**STIPULATED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: June 12, 2007<br>Time: 2:00 p.m.<br>Place: Courtroom 2 |

IT IS HEREBY ORDERED THAT the Case Management Conference set for May 22, 2007 at 2:00 p.m., be continued to June 12, 2007 at 2:00 p.m.

DATE: 5/31/07

_____
U.S. DISTRICT COURT JUDGE