**JAMES H. DUNCAN, JR.** (SBN 142039)
100 N. Wiget Lane, Suite 150
Walnut Creek, CA 94598
Telephone: (925) 930-9550
Facsimile: (925) 930-9588
Email: James.Duncan@fnf.com
Attorneys for Plaintiffs,
MARK KESSLER and JENNIFER KESSLER

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| MARK KESSLER and JENNIFER KESSLER; | **No.** C07-00821 |
| Plaintiffs, | **STIPULATED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | Date:           October 30, 2007<br>Time: 2:00 p.m.<br>Place: Courtroom 2 |
| DEAN GORDON POTTER; UNITED STATES OF AMERICA;  and all persons unknown, claiming any legal or equitable right, title, estate, lien or interest in the property described in the Complaint adverse to Plaintiff's title, or any cloud on Plaintiff's title thereto, named as DOES 1 through 25, inclusive, | |
| Defendants.                                              / | |

   IT IS HEREBY ORDERED THAT the Case Management Conference set for October 30, 2007 at 2:00 p.m. be continued to December 11, 2007, at 2:00 p.m.

   10/24/07

DATE:_____

*[signature: Claudia Wilken]*

U.S. DISTRICT COURT JUDGE

1   STIPULATED ORDER TO CONTINUE CMC